# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                      Criminal Action No.  71-56 (JGP)

FRANKLIN FRYE

        Acquittee

## O R D E R

Pending before the Court is acquittee's **Motion for Unconditional Release Pursuant to D.C. Code Section 24-501(k)** [docket no. 22].  Acquittee requests a hearing on the motion.  An evidentiary hearing is scheduled for December 15, 2005 at 10:00 A.M. in Courtroom 15.  Each party shall file a list of the witnesses expected to testify and a general but brief description of the anticipated testimony.  Any brief or supplemental filing pertaining to the hearing must be filed with the Court on or before December 12, 2005.  It is hereby

      **ORDERED** that a hearing on acquittee's motion is scheduled for December 15, 2005 at 10:00 A.M. in Courtroom 15 and it is further

      **ORDERED** that the parties shall file all documents in accordance with this Order on or before December 12, 2005.


**Date:  November 25, 2005**

                                              **JOHN GARRETT PENN**
                                              **United States District Judge**