UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 16 1989

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

United States of America,

v.

Criminal No. 73-208

James Blackman.

## ORDER

Upon consideration of the letter from Saint Elizabeth's Hospital, dated September 7, 1989, requesting expanded conditional release for James Blackman, it is, by the Court, this 16 day of October, 1989,

ORDERED that the matter of expanded conditional release for James Blackman shall be, and hereby is, referred to a Magistrate of this Court pursuant to 28 U.S.C. § 636(b)(1)(B) for a hearing within seven (7) days of the date of this Order and the preparation of findings of fact and a recommendation as to whether James Blackman should be granted expanded conditional release.

CHARLES R. RICHEY
UNITED STATES DISTRICT JUDGE

