Colleen Kennedy



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3rd & CONSTITUTION AVE., N.W.
WASHINGTON, D.C. 20001

November 6, 1989

UNITED STATES

vs.

J. Patrick Anthony, Esquire
409 D Street SE.
Washington, D. C.  20003

James Blackman

Criminal No. 73-208

Dear Counsel:

Please be advised that the above entitled case is set for _____hearing on request for expended conditional release_____ on __November 29th__, 19_89_, at __9:30 A.M.__ before ~~Judge~~ __Magistrate Robinson__ in Courtroom No. __27__.

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or the Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

JAMES F. DAVEY, Clerk

By: __Barbara Hall__
    Courtroom Clerk (~~XXXXX~~ 535-3053      )

cc: Judge
    Magistrate
    Probation
    John Kelley, MD.
    Medical Director
    Department of Human Services
    Commission on Mental Health Services
    Washington, D. C.  20032

CO 300
Rev.10/78