UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 29 1989

Clerk, U.S. District Court
District of Columbia

UNITED STATES OF AMERICA         :

v.                               :     Criminal No. 208-73

JAMES BLACKMAN,                  :
         Acquittee.              :

ORDER

This matter came before the Court on Saint Elizabeths Hospital's motion, pursuant to 24 D.C. Code §301(e), for conditional release for Mr. Blackman. At hearing, conducted on November 29, 1989, the Court heard testimony from Dr. John Kelley, Md., the medical director of the John Howard Pavilion of Saint Elizabeths Hospital, who qualified as an expert in the diagnosis and treatment of mental disorders. Based on representations made in pleadings filed by the acquittee and Saint Elizabeths Hospital, testimony adduced at hearing, arguments of counsel, and the entire record herein, the Court finds that Mr. Blackman will not present a danger to himself or others because of mental illness if his present conditional release privileges are extended as described below. Accordingly, it is by the Court this 29th day of November, 1989,

ORDERED, that acquittee James Blackman shall be released from Saint Elizabeths Hospital under the following conditions:

1. Mr. Blackman's conditional release shall be extended to allow him to spend up to twelve hours, unaccompanied and without supervision, each Saturday, Sunday and legal holiday, in the commun-

- 2 -

ity.

2. Mr. Blackman shall ~~also~~ be allowed to spend up to eight hours, unaccompanied and without supervision, in the community one weekday per week.

3. While in the community, Mr. Blackman must refrain from all criminal activity.

4. If Mr. Blackman's mental condition deteriorates, or if he violates the conditions of his release, the hospital will return him to total inpatient care, with prompt notification to this Court and counsel.

                                      THOMAS PENFIELD JACKSON
                                      UNITED STATES DISTRICT JUDGE

cc:

Colleen M. Kennedy
Assistant United States Attorney
Judiciary Center, Room ~~4229~~
555 Fourth Street, N.W.
Washington, D.C.   20001

J. Patrick Anthony
409 D St., S.E.
Washington, D.C.   20003