UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 71-56** |
| | ) | **(DAR)** |
| **FRANKLIN FRYE** | ) | **Hearing: June 23, 2014** |

## JOINT STATUS REPORT

Defendant Franklin Frye, by and through his attorney, Silvana Naguib, and the United States of America, through its attorney, the Unites Staes Attorney's Office for District of Columbia, respectfully file this joint status report as ordered by the Court on May 13, 2014. The Court has ordered to the parties to report whether they are available to appear for a hearing on June 4, 5, 10, 11, 12, 18, or 19, in order to hold a prompt hearing on the Defendant's motion. Unfortunately, there are none of the dates suggested on which both counsel are available. The parties have met and conferred regarding their availability on the listed dates. Colleen Kennedy, who is handling the matter for the United States, offered that she is available on June 18 and 19. However, undersigned counsel, counsel for the Defedant, is scheduled to be in trial in D.C. Superior Court on both those dates. Therefore, the parties request that the Court hear the matter on June 23, as originally scheduled.

Date: **May 8, 2014**                                   Respectfully Submitted,

*Silvana Naguib*
Silvana Naguib, Bar No. 1000339
Counsel for Defendant Frye
Mental Health Division, Public Defender Service
    for the District of Columbia
633 Indiana Avenue, NW
Washington, DC 20004
(202) 824-4860
Fax (202) 824-2877
snaguib@pdsdc.org

2

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have caused service of the foregoing to be made by sending a copy via the ECF filing system to Colleen Kennedy, United States Attorney for the District of Columbia, 555 4th St. NW, Washington, DC 2001, colleen.kennedy@doj.gov, Public Defender this 16th day of May, 2014.

    *Silvana Naguib*
    Silvana Naguib